ORIGINAL

KATHRYN J. FRITZ (CSB No. 148200)
DAVID A. SQUELLATI (CSB No. 197207)
FENWICK & WEST LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
SKYWORKS TECHNOLOGIES, INC.

JANET L. CULLUM (CSB No. 104336)
ANTHONY M. STIEGLER (CSB. No. 126414)
MARIE LEGGON WRIGHTEN (CSB No. 167221)
BRITT L. ANDERSON (CSB No. 212092)
COOLEY GODWARD LLP
4401 Eastgate Mall
San Diego CA 92121-1909
Telephone: (858) 550-6035
Facsimile: (858) 550-6420

Attorneys for Defendants
CONEXANT SYSTEMS, INC., ALPHA
INDUSTRIES, INC., WASHINGTON SUB, INC.,
and SKYWORKS SOLUTIONS, INC.

FILED DEC 27 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

BY FAX
Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SKYWORKS TECHNOLOGIES, INC., a New Jersey Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CONEXANT SYSTEMS, INC., a Delaware Corporation, ALPHA INDUSTRIES, INC., a Delaware Corporation, WASHINGTON SUB, INC., a Delaware Corporation, and SKYWORKS SOLUTIONS, INC., a Delaware Corporation, <br><br> Defendants. | Case No. SACV02-551 DOC (Anx) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER <br><br><br> Fed. Rule Civ. Proc. 41(a)(1) |

ENTER ON ICMS
DEC 2 7 2002

STIP. RE EXTENSION OF HEARING DATE RE DEFENDANTS' MOT. TO DISMISS OR TO SUBSTITUTE. [PROPOSED ORDER]



Plaintiff Skyworks Technologies, Inc. and Defendants Conexant Systems, Inc., Alpha Industries, Inc., Washington Sub, Inc. and Skyworks Solutions, Inc., by and through their counsel of record, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), to the dismissal of this action with prejudice in its entirety, each side to bear its own costs and fees.

Dated: December 26, 2002

FENWICK & WEST LLP

By: /s/ Kathryn J. Fritz

Attorneys for Plaintiff
SKYWORKS TECHNOLOGIES, INC.

Dated: December 20, 2002

COOLEY GODWARD LLP

By: /s/ Anthony M. Stiegler

Attorneys for Defendants
CONEXANT SYSTEMS, INC.,
ALPHA INDUSTRIES, INC.,
WASHINGTON SUB, INC., and
SKYWORKS SOLUTIONS, INC.

23332/00401/LIT/1144069.1

IT IS SO ORDERED

Dated December 27, 2002

/s/ David O. Carter
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO